192

(No. 74-CC-195—Claimant )

AMERICAN PETROFINA COMPANY OF TEXAS, Claimant, *vs.*
STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION,
Respondent.

*Opinion filed January 8, 1974.*

AMERICAN PETROFINA COMPANY OF TEXAS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-196—Claimant )

AMERICAN PETROFINA COMPANY OF TEXAS, Claimant, *vs.*
STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION,
Respondent.

*Opinion filed January 8, 1974.*

AMERICAN PETROFINA COMPANY OF TEXAS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.